**ORIGINAL**

# United States District Court
## For The District of Wyoming

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

SEP 19 2006

Stephan Harris, Clerk
Casper

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

OCT 19 2006

Stephan Harris, Clerk
Cheyenne

United States of America,

vs.

ERNESTO G. ORTIZ.

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | DISTRICT NAME | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 06M186-J | CR-05-2087 | District of Wyoming | Eastern District of Washington |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
Probation Violation Petition
charging a violation of Violation of Probation/Supervised Release

**DISTRICT OF OFFENSE:**
Eastern District of Washington

**DESCRIPTION OF CHARGES:**
Violation of Probation/Supervised Release

**CURRENT BOND STATUS:**
Detain without Bond

**REPRESENTATION:**
CJA

**INTERPRETER REQUIRED:**
No

TO: THE UNITED STATES MARSHAL, DISTRICT OF WYOMING

*You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive that defendant.*

9/19/06
Date

R. Michael Shickich
United States Magistrate Judge

3

| RETURN | | |
|---|---|---|
| **This commitment was received and executed as follows:** | | |
| DATE COMMITMENT ORDER RECEIVED<br>10-13-06 | PLACE OF COMMITMENT<br>Yakima County Jail | DATE DEFENDANT COMMITTED<br>10-13-06 |
| DATE<br>10-13-06 | UNITED STATES MARSHAL<br>Michael L. K— | (BY) DEPUTY MARSHAL<br>Martin K— |